In the Matter of WILLARD SAPERSTON, Appellant, v HEATHER HOLDAWAY, Respondent.

Decided June 7, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

LOUIS A. TERMINELLO et al., Appellants, v VILLAGE OF PIERMONT, Respondent, et al., Defendants.

Submitted March 26, 2012; decided June 7, 2012

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that no substantial constitutional question is directly involved.